UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

CHUCK ZEBROWSKI, on behalf of himself )
and all others similarly situated, )
)
Plaintiff, )
) No. 1:08-cv-01080-JR
vs. )
) INDIRECT-PURCHASER,
ROHM and HAAS COMPANY; ARKEMA, ) CLASS-ACTION COMPLAINT
INC. (f/k/a ATOFINA CHEMICALS, INC., )
f/k/a ELF ATOCHEM NORTH AMERICA, ) (Jury Trial Demand)
INC.); FERRO CORPORATION; )
AKCROS CHEMICALS AMERICA; and )
AKZO NOBEL, INC. )
)
Defendants. )

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED between and among the Parties, by and through their respective counsel that:

1. On June 16, 2005, the Judicial Panel of Multidistrict Litigation ("the Panel") transferred cases captioned *In re Plastics Additives Antitrust Litigation*, MDL Docket No. 1684 ("*In re PAL*"), to the United States District Court for the Eastern District of Pennsylvania and assigned them to the Honorable Legrome D. Davis for coordinated and consolidated pretrial proceedings.

2. On June 23, 2008, Plaintiff Chuck Zebrowski filed the above-captioned Indirect-Purchaser, Class-Action Complaint ("the *Zebrowski* action").

3. On June 26, 2008, pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel of Multidistrict Litigation ("MDL Rules"), Defendant Arkema, Inc. notified the Clerk of the Panel that the *Zebrowski* action had been filed and was a potential "tag-along" action to *In re PAL*.

4. The parties consent to the transfer of the *Zebrowski* action to the Eastern District of Pennsylvania under MDL Rules 7.4 and 7.5.

5. The *Zebrowski* action is stayed in this Court, including but not limited to Defendants' obligation to file a responsive pleading or a motion under Rule 12 of the Federal Rules of Civil Procedure, pending an order by the Panel or the Clerk of the Panel with respect to the transfer of the *Zebrowski* action.

6. Assuming the *Zebrowski* action is transferred, the Parties further agree that this action will be subject to the stay currently in place in *In re PAL* which, among other things, will stay Defendants' obligation to file a responsive pleading or a motion under Rule 12 of the Federal Rules of Civil Procedure.

7. Any and all defenses available to Defendants are expressly reserved.

By: _____
John G. Harkins, Jr.
Steven A. Reed
Colleen Healy Simpson
HARKINS CUNNINGHAM LLP
2800 One Commerce Square
2005 Market Street
Philadelphia, PA 19103-7042
Phone: (215) 851-6700
Fax: (215) 851-6710

**Attorneys for Defendant Rohm and Haas Company**

By: _____
Donna F. Solen (Bar #465098)
THE MASON LAW FIRM, LLP
1225 19th Street N.W.
Suite 500
Washington, DC 20036
Phone: (202) 429-2290
Fax: (202) 429-2294

**Attorney for Plaintiff Chuck Zebrowski**

By: _____  
Steven E. Bizar  
Howard D. Scher  
Francis X. Taney  
BUCHANAN INGERSOLL &  
ROONEY PC  
1835 Market Street, 14th Floor  
Philadelphia, PA 19103  
Phone: (215) 665-8700  
Fax: (215) 665-8760  

Attorneys for Defendant  
Arkema, Inc.

By: _____  
Krishna B. Narine  
THE LAW OFFICE OF  
KRISHNA B. NARINE, PC  
2600 Philmont Avenue, Suite 324  
Huntingdon Valley, PA 19006  
Phone: (215) 914-2460  
Fax: (215) 914-2462  

Co-Counsel for Plaintiff

By: _____  
James R. Eisner  
Joseph M. Rebein  
Laurie A. Novion  
SHOOK, HARDY & BACON, L.L.P.  
2555 Grant Blvd.  
Kansas City, Missouri 64108-2613  
Phone: (816) 474-6550  
Fax: (816) 421-5547  

Attorneys for Defendants Akzo  
Nobel, Inc. and Ackros Chemicals  
America

By: _____M. Neal Rains/by permission_____
                                                  JAR
M. Neal Rains
Gregory R. Farkas
Brian E. Roof
James B. Niehaus
FRANTZ WARD LLP
2500 Key Center
127 Public Square
Cleveland, OH 44114-1230
Phone: (216) 515-1653
Fax: (216) 515-1650

Attorneys for Defendant
Ferro Corporation


SO ORDERED this ____ day of _____, 2008

_____

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served via First Class United States Mail this, the 11th day of July, on all counsel identified below.

| | |
|---|---|
| John G. Harkins, Jr.<br>Steven A. Reed<br>Colleen Healy Simpson<br>HARKINS CUNNINGHAM LLP<br>2800 One Commerce Square<br>2005 Market Street<br>Philadelphia, PA  19103-7042<br><br>**Attorneys for Defendant**<br>**Rohm and Haas Company** | Steven E. Bizar<br>Howard D. Scher<br>Francis X. Taney<br>BUCHANAN INGERSOLL &<br>ROONEY PC<br>1835 Market Street, 14th Floor<br>Philadelphia, PA  19103<br><br>**Attorneys for Defendant**<br>**Arkema, Inc.** |
| James R. Eisner<br>Joseph M. Rebein<br>Laurie A. Novion<br>SHOOK, HARDY & BACON,L.L.P.<br>2555 Grant Blvd.<br>Kansas City, Missouri  64108-2613<br><br>**Attorneys for Defendants Akzo Nobel, Inc.**<br>**and Ackros Chemicals America** | M. Neal Rains<br>Gregory R. Farkas<br>Brian E. Roof<br>James B. Niehaus<br>FRANTZ WARD LLP<br>2500 Key Center<br>127 Public Square<br>Cleveland, OH  44114-1230<br><br>**Attorneys for Defendant Ferro Corporation** |
| Krishna B. Narine<br>THE LAW OFFICE OF KRISHNA B.<br>NARINE, PC<br>2600 Philmont Avenue, Suite 324<br>Huntingdon Valley, PA  19006<br><br>**Co-Counsel for Plaintiff** | |

/s/ Donna F. Solen
Donna F. Solen

*Co-Counsel for Plaintiff*