AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Chuck Zebrowski

**SUMMONS IN A CIVIL CASE**

V.

Rohm & Haas Company, et al.

Case: 1:08-cv-01080
Assigned To : Robertson, James
Assign. Date : 6/23/2008
Description: Antitrust

TO: (Name and address of Defendant)

~~CT Corporation System~~
~~Registered Agent~~ Ferro Corporation
1015 15th Street, NW
Suite 1000
Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Donna F. Solen
The Mason Law Firm, LLP
1225 19th Street, NW
Suite 500
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUN 2 3 2008

CLERK                                          DATE

_____
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Chuck Zebrowski )
)
)
)
         Plaintiff ) Case No.: 1:08-cv-01080
)
    v. )
)
Rohm & Haas Company, et al. )
)
)
         Defendant(s) )

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Melvin M. Shapiro, a Private Process Server, being duly sworn deposes and says, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; Indirect-Purchaser, Class-Action Complaint; Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court; and Attachment "A"
SERVE TO: Ferro Corporiation c/o CT Corporation System
SERVICE ADDRESS: 1015 15th Street, NW, Suite 1000, Washington, DC 20005

DATE SERVED: June 30, 2008    TIME SERVED: 4:00 PM
PERSON SERVED: Louis Lance, Fulfillment Specialist, authorized to accept.

Described herein:
Gender: Male    Race/Skin: White    Hair: Black    Age: 37    Height: 6'0"    Weight: 190

COMMENTS:

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

7/1/08
Executed on:

Melvin M. Shapiro
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-004377                                                                       Client Reference: N/A