Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG - 5 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 8 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PLASTICS ADDITIVES ANTITRUST
LITIGATION (NO. II)
   Chuck Zebrowski v. Rohm & Haas Co., et al.,
      D. District of Columbia, C.A. No. 1:08-1080
   Leslie A. Burg v. Rohm & Haas Co., et al.,
      D. Massachusetts, C.A. No. 1:08-11112

MDL No. 1684

## CONDITIONAL TRANSFER ORDER (CTO-2)

On June 16, 2005, the Panel transferred one civil action to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 374 F.Supp.2d 1351 (J.P.M.L. 2005). Since that time, two additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Legrome D. Davis.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Davis.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of June 16, 2005, and, with the consent of that court, assigned to the Honorable Legrome D. Davis.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

AUG - 5 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
8/14/08
Tom Dempsey