**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

August 14, 2008

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-7704

Nancy Mayer-Whittington, Clerk
U.S. District Court for the
District of Columbia
1834 E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, DC 20001-2802

RE: Plastics Additives Antitrust Litigation (No. II); MDL 1684
District of Columbia, 1:08-1080 JR

Dear Clerk:

Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation directing the transfer of the above Civil Action to this district under 28 U.S.C. §1407.

**Please enclose a certified copy of the docket entries and a certified copy of the transmittal order <u>when forwarding the original record</u>**. Receipt of this order may be acknowledged on the copy of this letter.

If you have any questions, please call me at (267) 299-7018.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: _Tom Dempsey_
Tom Dempsey, Deputy Clerk
Multidistrict Litigation

Enclosure